JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, an individual; and THE LAW OFFICES OF DANIEL KIM, CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>DANIEL Y. KIM dba THE LAW OFFICES OF DANIEL KIM, an individual; and THE LAW OFFICES OF DANIEL Y. KIM, A PROFESSIONAL LAW CORPORATION<br><br>　　　　　Defendants<br>AND RELATED COUNTERCLAIM | Case No.: 8:19-cv-00755 JVS (FFM)<br>**Honorable James V. Selna**<br><br>**ORDER VACATING ALL PENDING DEADLINES** |

  Having reviewed the Joint Notice of Settlement and Request for Order Vacating All Pending Deadlines submitted by Plaintiffs Daniel Kim and The Law Offices of Daniel Kim, Corporation, and Defendants Daniel Y. Kim and The Law Offices of Daniel Y. Kim, APLC (collectively, the "Parties") and with good cause appearing:

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED** that all proceedings and deadlines in this |
| 2 | action are vacated. |
| 3 | **IT IS FURTHER ORDERED** that the Parties shall file a joint report on the |
| 4 | status of this action if a stipulated permanent injunction and request for dismissal |
| 5 | have not been filed with the Court within thirty (30) days from the date of this |
| 6 | Order. |
| 7 | **IT IS SO ORDERED**. |

Dated: January 30, 2020

_____
Honorable James V. Selna
United States District Judge