# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, an individual; and THE LAW OFFICES OF DANIEL KIM, CORPORATION, a California corporation, <br><br> Plaintiffs, <br> vs. <br><br> DANIEL Y. KIM, dba THE LAW OFFICES OF DANIEL KIM, an individual; and THE LAW OFFICES OF DANIEL Y. KIM, A PROFESSIONAL LAW CORPORATION, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 8:19-cv-00755 JVS (FFMx) <br> **Honorable James V. Selna** <br><br> **ORDER RE: STIPULATED PERMANENT INJUNCTION** |

This matter, having come before the Court upon the stipulation of Plaintiffs, Daniel Kim and The Law Offices of Daniel Kim, Corporation (collectively, "Plaintiffs"), and Defendants Daniel Y. Kim and The Law Offices of Daniel Y. Kim, A Professional Law Corporation (collectively, the "Defendants") (Plaintiffs and Defendants are collectively referred to as "Parties"), the Parties having agreed to the entry of a permanent injunction ("Injunction"), and the Court being otherwise fully advised in the premises.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants, and their officers, directors, owners, partners, employees, agents, assigns, and representatives, are hereby permanently enjoined from engaging in, committing, or performing, directly or indirectly, any and all of the following conduct:

    A.    Using or copying Plaintiffs' website, advertisements, or marketing materials; and

    B.    Making any representations or statements to third parties suggesting or otherwise implying that Defendants are affiliated with, connected to, or in fact are the same as Plaintiffs.

**IT IS FURTHER ORDERED** that violations of this Injunction shall subject Defendants and all other persons bound by this Injunction to all applicable penalties, including contempt of Court.

**IT IS FURTHER ORDERED** that this Injunction shall be deemed to have been served upon the Defendants and each of them at the time of its execution by the Court.

**IT IS FURTHER ORDERED** that the Injunction shall become effective immediately upon its entry by the Court as dated below.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

**IT IS SO ORDERED.**

Dated: February 18, 2020

_____
Honorable James V. Selna
United States District Judge