Natu J. Patel, SBN 188618
Daniel H. Ngai, SBN 302297
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, California 92653
Phone:      949.955.1077
Facsimile:  949.955.1877
NPatel@thePatelLawFirm.com

Attorneys for Plaintiffs and Counter-Defendants
Daniel Kim and The Law Offices of Daniel Kim, Corporation

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL KIM, an individual; and THE LAW OFFICES OF DANIEL KIM, CORPORATION, a California corporation,<br><br>        Plaintiffs,<br>    vs.<br><br>DANIEL Y. KIM, dba THE LAW OFFICES OF DANIEL KIM, an individual; and THE LAW OFFICES OF DANIEL Y. KIM, A PROFESSIONAL LAW CORPORATION,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 8:19-cv-00755 JVS (FFM)<br>**Honorable James V. Selna**<br><br>**JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION AGAINST ALL PARTIES WITH PREJUDICE**<br><br>*(Proposed Order concurrently submitted herewith.)* |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs/Counter-Defendants, Daniel Kim and The Law Offices of Daniel Kim, Corporation, and Defendants/Counterclaimants Daniel Y.

Joint Request for Dismissal of Entire Action Against All Parties with Prejudice

Kim and The Law Offices of Daniel Y. Kim, A Professional Law Corporation, hereby jointly request an order dismissing the entire action, including all claims and counterclaims, with prejudice.

      This Joint Request for Dismissal is made pursuant to the Settlement Agreement ("Agreement") entered into by the parties on January 23, 2020, and the Order Re: Stipulated Permanent Injunction ("Injunction") entered by the Court in this action. Pursuant to the Agreement, the parties shall bear their own costs, interest, and attorneys' fees in this matter, and further request the Court to retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of said Agreement and Injunction.

Dated: February 20, 2020

Respectfully Submitted,
**THE PATEL LAW FIRM, P.C.**

/s/ *Daniel H. Ngai*
Natu J. Patel
Daniel H. Ngai
Attorneys for Plaintiffs and Counter-Defendants, Daniel Kim and The Law Offices of Daniel Kim, Corporation

Dated: February 20, 2020

Respectfully Submitted,
**LAW OFFICES OF YOHAN LEE**

/s/ *Chong Roh*
Yohan Lee
Chong Roh
Attorneys for Defendants and Counterclaimants, Daniel Y. Kim and The Law Offices of Daniel Y. Kim, A Professional Law Corporation