**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL KIM, an individual; and THE LAW OFFICES OF DANIEL KIM, CORPORATION, a California corporation,<br><br>        Plaintiffs,<br>    vs.<br><br>DANIEL Y. KIM, dba THE LAW OFFICES OF DANIEL KIM, an individual; and THE LAW OFFICES OF DANIEL Y. KIM, A PROFESSIONAL LAW CORPORATION,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 8:19-cv-00755 JVS (FFM)<br>**Honorable James V. Selna**<br><br>**ORDER DISMISSING ENTIRE ACTION AGAINST ALL PARTIES WITH PREJUDICE** |

The Court, having considered the Joint Request for Dismissal of the Entire Action Against all Parties with Prejudice, stipulated to and submitted by Plaintiffs/Counter-Defendants Daniel Kim and The Law Offices of Daniel Kim, Corporation, and Defendants/Counterclaimants Daniel Y. Kim and The Law Offices of Daniel Y. Kim, A Professional Law Corporation, and with good cause appearing,

**IT IS HEREBY ORDERED** that the entire action including all claims and counterclaims, is dismissed with prejudice, with all parties to bear their own costs, interest, and attorneys' fees in this matter. The Court retains jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of the settlement agreement and permanent injunction in this action.

**IT IS SO ORDERED.**

DATED: 2/21/20

*[signature]*

Honorable James V. Selna
United States District Judge